FILED '10 JUN 04 12:27 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK McQUEEN, JR., )
)
       Plaintiff, )
) Civil No. 10-443-TC
)
v. )
) ORDER
JUDGE ROXANNE OSBORN, )
)
       Defendant. )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on May 6, 2010, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1   - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed May 6, 2010, in its entirety. This action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 4th day of June, 2010.

_____
Michael C. Hogan
UNITED STATES DISTRICT JUDGE

2  - ORDER